# SPECIAL ORDERS

In this section are orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

## JANUARY 30, 1984

GRIEVANCE ADMINISTRATOR v WATSON. (Docket No. 72249.) Leave to appeal denied. *Michael Alan Schwartz,* Grievance Administrator, *Eugene N. LaBelle,* Deputy Grievance Administrator, and *Cynthia C. Charles,* Associate Counsel, for petitioner-appellant. *Colista, Urso & Green* for respondent-appellee.

## JANUARY 31, 1984

GRIEVANCE ADMINISTRATOR v MOLETTE. (Docket No. 72623.) Leave to appeal denied. *O. Lee Molette, in propria persona,* respondent-appellant.

HAKALA v BURROUGHS CORPORATION (AFTER REMAND). (Docket No. 67047.) Rehearing denied. *Kelman, Loria, Downing, Schneider & Simpson* for plaintiff-appellant. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, and *Joseph M. Binno,* Assistant Attorney General, for defendant-appellee Second Injury Fund. Reported at 417 Mich 359.

PEOPLE v OLIVER. (Docket No. 66516.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, *John D. O'Hair,* Prosecuting Attorney, *Edward Reilly Wilson,* Deputy Chief, Civil and Appeals, and *A. George Best, II,* Assistant Prosecuting Attorney, for the people. State Appellate Defender, *John Nussbaumer,* Assistant Defender, for defendant-appellant. Reported at 417 Mich 366.

FISER v CITY OF ANN ARBOR. (Docket No. 66951.) Rehearing denied. *Erwin A. Salisbury,* for plaintiff-appellant. *John K. Van Loon,* Chief Assistant City Attorney, for defendants-appellees. Reported at 417 Mich 461.